1  Dilip Vithlani (State Bar No. 199474)
   LAW OFFICES OF DILIP VITHLANI, APC
2  18000 Studebaker Road, Suite 700
   Cerritos, California 90703
3  Telephone: (562) 867-6622
   Facsimile: (562) 867-6624
4  Email: dvithlani@icloud.com

5  Jonathan J. Moon (State Bar No. 282522)
   THE LAW OFFICE OF JONATHAN J. MOON
6  1800 Studebaker Road, Suite 700
   Cerritos, California 90703
7  Telephone: (213) 867-1908
   Facsimile: (213) 402-6518
8  Email: jmoon@jmoonlaw.com

9  Attorneys for Plaintiff MARIO SANCHEZ

10 James H. Berry, Jr. (State Bar No. 075834)
   Kate LaQuay (State Bar No. 178250)
11 LANDAU LAW LLP
   1880 Century Park East, Suite 1101
12 Los Angeles, California 90067
   Telephone: (310) 557-0050
13 Facsimile: (310) 557-0056
   Email: jberry@Landaufirm.com
14 Email: klaquay@Landaufirm.com

15 Attorneys for Defendant
   BOTTLING GROUP, LLC
16

17              UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                    SOUTHERN DIVISION

20 MARIO SANCHEZ,                    ) Case No. 8:20-cv-01492-CJC-JDE
                                     ) [Removal from Superior Court of
21           Plaintiff,              ) California, County of Orange No.30-
                                     ) 2020-01148233-CU-WT-CJC]
22 v.                                )
                                     )
23 BOTTLING GROUP, LLC dba           ) **STIPULATION FOR DISMISSAL**
   PEPSI BEVERAGES COMPANY;          ) **OF ACTION WITH PREJUDICE**
24 and DOES1 TO 50,                  )
                                     ) **Fed. R. Civ. Proc. 41(a)(1)(A)(ii)**
25           Defendants.             )
                                     )
26 _____ )

27

28

Case No. 8:20-cv-01492-CJC-JDE

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff MARIO SANCHEZ ("Sanchez" or "Plaintiff") and Defendant BOTTLING GROUP, LLC ("BGLLC" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into the stipulation set forth below in recognition of the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The Parties each shall bear their respective costs and attorneys' fees. None of the Parties is a prevailing party.

Under the Rule cited above, this Stipulation is self-effectuating and does not require a conforming Order for the agreed dismissal with prejudice.

SO STIPULATED.

DATED: June 8, 2021        Respectfully submitted,

THE LAW OFFICE OF JONATHAN J. MOON
Jonathan J. Moon

By /s/ *Jonathan J. Moon*  as authorized on 6/8/21
Jonathan J. Moon
Attorney for Plaintiff
MARIO SANCHEZ

DATED: June 8, 2021        Respectfully submitted,

LANDAU LAW LLP
James H. Berry, Jr.
Kate LaQuay

By /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant
BOTTLING GROUP, LLC

- 1 -    Case No. 8:20-cv-01492-CJC-JDE

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

## Signature Certification

Pursuant to Local Rule 5-4.3.4(a), I hereby certify that the content of this document is acceptable to Jonathan Moon, counsel for Plaintiff, and that I have obtained Jonathan Moon's authorization to affix his electronic signature to this document.

DATED:  June 8, 2021

LANDAU LAW LLP
James H. Berry, Jr.
Kate LaQuay

By /s/ *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant
BOTTLING GROUP, LLC